**APPEARANCE**
JD-CL-12  Rev. 1-26
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3;
WCAG 2.1 AA

*This form is available in other language(s).*

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

*There are instructions and important notices on page 2 (the back) of this form.*
*Read page 2 before filling out this form.*

Return date *(For Civil/Family cases)*

[✓] I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Docket Number  3:23cv-00310 SVN

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)* Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

3:23-cv- 00310-SVN  Underwood V Pratt

JUN 12 2026 PM3:28
FILED - US DISTRICT COURT HARTFORD

| | | | Address of court *(Number, street, town and zip code)* | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|
| Housing Session | Judicial District | Geographic Area | | |

## Enter the Appearance of

**Name** *(Your name or name of official, firm, professional corporation, or individual attorney)*  Sonya Underwood

Juris number *(For attorney/law firm)*

Mailing address  56 Rapallo Ave.

Post Office box number  2D

Telephone number *(Area code first)*  678-266-8278

City/town  Middletown     State  CT     Zip code  06457     Fax number     E-mail address

in the case named above for: *(Select one of the following parties. See descriptions/notes on page 2 of this form.)*

**PLAINTIFF**
[✓] The Plaintiff.
[ ] All Plaintiffs.
[ ] The following Plaintiff(s) only:  SONYA UNDERWOOD

**DEFENDANT**
[ ] The Defendant.
[ ] All Defendants.
[ ] The following Defendant(s) only:

[ ] **Other** *(Specify):*  _____

[ ] This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  [ ] matters in the Family Division of the Superior Court     [ ] Title IV-D Child Support matters

[ ] This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as [ ] a Public Defender OR [ ] Assigned Counsel
[ ] This appearance is for the purpose of a bail hearing only.     *(Special Public Defender)*
[ ] This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. [ ] This appearance is in place of the appearance of: _____
*Name and Juris Number (if applicable) to be replaced*

2. [ ] This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case.  [ ] Yes     [ ] No

*Any attorney who is **not** exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)*

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| | | |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically *or non-electronically on (date)* _____ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

**FOR COURT USE ONLY**

Name and address of each party and attorney that copy was or will be mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ | Print or type name of person signing | Date signed |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |

[ Print Form ]          Page 1 of 2          [ Reset Form ]