- *"Plaintiff's Motion to Vacate Settlement Agreement Signed Under Duress."*

State that on May 19, 2026, you signed an agreement under extreme, improper psychological pressure and coercion from your attorney, meaning your free will was entirely compromised.

JUN 12 2026 PM3:27
FILED-USDC-CT-HARTFORD