**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

SONYA UNDERWOOD,

      Plaintiff,

      v.

PRATT & WHITNEY, A DIVISION OF RTX
CORPORATION,

      Defendant.

Civil Action No. 3:23-cv-00310-SVN

JUNE 17, 2026

## RESPONSE TO PLAINTIFF'S MOTION TO VACATE

Defendant Pratt & Whitney, a Division of RTX Corporation ("Pratt" or "Defendant") submits this Response to Plaintiff's June 12, 2026 "Motion to Vacate Settlement Agreement Signed Under Duress" ("Motion to Vacate") (ECF No. 116).

Because the Court closed this matter on February 17, 2026, "without prejudice to reopening by any party on or before March 17, 2026," Plaintiff's Motion to Vacate is improper given the final closure of this action.  ECF No. 114; *see also* L.Civ.R. 41(b).  Therefore, Defendant understands that no response addressing the substantive merits of Plaintiff's Motion to Vacate is required.

However, if the Court intends to adjudicate Plaintiff's Motion to Vacate, Defendant requests an order granting Defendant 30-days from such order to file a substantive opposition to Plaintiff's Motion to Vacate.

DATED June 17, 2026

Respectfully submitted,

PRATT & WHITNEY, A DIVISION OF RTX CORPORATION

By: */s/ Nicole C. Chomiak*
    Anthony S. Califano #ct27323
    acalifano@seyfarth.com
    Nicole C. Chomiak #18547
    nchomiak@seyfarth.com
    SEYFARTH SHAW LLP
    Two Seaport Lane, Suite 1200
    Boston, MA 02210-2028
    (617) 946-4800 telephone
    (617) 946-4801 facsimile
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Nicole C. Chomiak*
Nicole C. Chomiak

2